IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | DOCKET NO.: 2:09mj19 |
| | ) | |
| v. | ) | BILL OF INFORMATION |
| | ) | |
| CLEMENT CALHOUN | ) | Violation: 16 U.S.C. §§ 3372(a)(1) |
| | ) | & 3373(d)(2) |
| | | & 18 U.S.C. § 2 |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

On or about January 11, 2005, in the Western District of North Carolina, and elsewhere, the defendant

CLEMENT CALHOUN

Knowingly did transport and sell wildlife, that is, eighteen (18) bear gall bladders, when in the exercise of due care, the defendant should have known that said wildlife was sold in violation of, or in a manner unlawful under, any Tribal law or regulation, specifically Cherokee Code Section 113-7.

All in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(2) and Title 18, United States Code, Section 2.

COUNT TWO

On or about January 24, 2005, in the Western District of North Carolina, and elsewhere, the defendant

CLEMENT CALHOUN

Knowingly did transport and sell wildlife, that is, twenty (20) bear gall bladders, when in the exercise of due care, the defendant should have known that said wildlife was sold in violation of, or in a manner unlawful under, any Tribal law or regulation, specifically Cherokee Code Section 113-7.

All in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(2) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about September 13, 2005, in the Western District of North Carolina, and elsewhere, the defendant

**CLEMENT CALHOUN**

Knowingly did transport and sell wildlife, that is, thirteen (13) bear gall bladders, when in the exercise of due care, the defendant should have known that said wildlife was sold in violation of, or in a manner unlawful under, any Tribal law or regulation, specifically Cherokee Code Section 113-7.

All in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(2) and Title 18, United States Code, Section 2.

This 23rd day of Nov, 2009.
EDWARD R. RYAN
UNITED STATES ATTORNEY

Shennie Patel, Trial Attorney
U.S. Department of Justice
Environmental Crimes Section